COMMERCIAL BARGE LINES, INC., ET AL. *v.*
UNITED STATES ET AL.

No. 721.   Decided April 27, 1959.

*Dudley B. Tenney* and *Nuel D. Belnap* for appellants.

*Solicitor General Rankin, Assistant Attorney General Hansen, Robert W. Ginnane* and *Charlie H. Johns* for the United States and the Interstate Commerce Commission, appellees.

*Stuart B. Bradley, Carl Helmetag, Jr., J. D. Feeney, Harry C. Ames, R. Granville Curry, Frederick M. Dolan, Donald Macleay* and *Russell S. Bernhard* for Carrier Appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.